# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| FRANCK DESCOLLINES, §<br>§<br>*Petitioner*, §<br>§<br>v. §<br>§<br>TODD BLANCHE, ATTORNEY §<br>GENERAL; MARK WAYNE MULLIN, §<br>SECRETARY OF THE U.S. §<br>DEPARTMENT OF HOMELAND §<br>SECURITY; MARY DE ANDA §<br>YBARRA, U.S. ICE FIELD OFFICE §<br>DIRECTOR FOR EOIR FIELD §<br>OFFICE; AND ERICA ESTRADA, §<br>ASSISTANT FIELD OFFICE §<br>DIRECTOR OF EL PASO SPC, §<br>§<br>*Respondents*. § | No. 3:26-CV-01810-LS |

## ORDER FOR SERVICE

Petitioner Franck Descollines seeks a writ of habeas corpus under 28 U.S.C. § 2241.[1] The petition raises issues which require Respondents to show cause why the Court should not grant the relief Petitioner seeks.[2] Therefore, the Clerk shall serve copies of the petition and this order upon Respondents through their counsel, the United States Attorney for the Western District of Texas. Respondents shall show cause by **July 15, 2026**, why the Court should not grant the relief Petitioner seeks by filing an answer or other responsive pleading.[3]

**SO ORDERED**.

---

[1] ECF No. 2.

[2] *See* 28 U.S.C. § 2243.

[3] The Court extends the deadline for the government to review its records. 28 U.S.C. § 2243 ("The writ, or order to show cause shall be directed to the person having custody of the person detained. It shall be returned within three days unless for good cause additional time, not exceeding twenty days, is allowed.").

SIGNED and ENTERED on July 8, 2026.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**

2