# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| **FRANCK DESCOLLINES,** | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| **v.** | § | |
| | § | |
| **TODD BLANCHE, ATTORNEY** | § | |
| **GENERAL; MARK WAYNE MULLIN,** | § | |
| **SECRETARY OF THE U.S.** | § | **No. 3:26-CV-01810-LS** |
| **DEPARTMENT OF HOMELAND** | § | |
| **SECURITY; MARY DE ANDA** | § | |
| **YBARRA, U.S. ICE FIELD OFFICE** | § | |
| **DIRECTOR FOR EOIR FIELD** | § | |
| **OFFICE; AND ERICA ESTRADA,** | § | |
| **ASSISTANT FIELD OFFICE** | § | |
| **DIRECTOR OF EL PASO SPC,** | § | |
| | § | |
| *Respondents*. | § | |

## ORDER DISMISSING CASE

Petitioner Franck Descollines filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241, challenging his detention by Immigration and Customs Enforcement ("ICE").[1] The removal order in Petitioner's case became final on May 15, 2026.[2]

The removal period is ninety days from the date the order of removal becomes administratively final.[3] During the removal period, "the Attorney General shall detain the alien."[4] Petitioner has only been held in custody for seventy-seven days after his removal order became final. Because Petitioner is still within the ninety-day removal period, his habeas petition is

---

[1] ECF No. 2.
[2] ECF No. 7-3 at 1.
[3] 8 U.S.C. § 1231(a)(1).
[4] *Id.* § 1231(a)(2)(A).

**DISMISSED WITHOUT PREJUDICE**. All pending motions are denied. The Clerk shall close this case.

       **SO ORDERED**.

       **SIGNED** and **ENTERED** on July 31, 2026.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**